## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **YOFFRE EDUARDO PANORA-CHIRIBOGA,** *Petitioner*, **v.** **BRIAN MCSHANE,** Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement et al, *Respondents*. | **Civil No. 26-0634** |

## ORDER

**AND NOW**, this 5th day of February, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) of Yoffre Eduardo Panora-Chiriboga, and the response thereto, it is hereby **ORDERED** as follows:

1.    The petition is **GRANTED** for the reasons stated in the accompanying memorandum.

2.    Panora-Chiriboga is not subject to mandatory detention under 8 U.S.C. § 1225, and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a).

3.    The Government shall **RELEASE** Panora-Chiriboga from custody immediately and certify compliance with this Order on the docket no later than 5:00 p.m. on February 6, 2026.

4.    The Government is temporarily enjoined from re-detaining Panora-Chiriboga for seven days following his release from custody.

5.      If the Government chooses to pursue re-detention of Panora-Chiriboga after the seven-day period, it must first provide him with a bond hearing under 8 U.S.C. § 1226(a), at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge

2